**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-8329**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

REGINALD M. RICHARDSON, a/k/a Reggie, a/k/a Danny Brooks,
a/k/a Michael Lynn Richardson, a/k/a Tony Collier,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:97-cr-00104-JRS-3)

─────────────

Submitted:  August 20, 2009        Decided:  September 2, 2009

─────────────

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael S. Nachmanoff, Federal Public Defender, Robert. J.
Wagner, Assistant Federal Public Defender, Richmond, Virginia,
for Appellant.  Dana J. Boente, Acting United States Attorney,
Richard D. Cooke, Assistant United States Attorney, Richmond,
Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Richardson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Richardson, No. 3:97-cr-00104-JRS-3 (E.D. Va. Oct. 8, 2008). We further deny Richardson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED